# In the United States Court of Appeals
## For the Eleventh Circuit

No. 25-13546

DELTA AIR LINES INC.,
AEROVIAS DE MEXICO, S.A. DE C.V.,

*Petitioners,*

versus

U.S. DEPARTMENT OF TRANSPORTATION,

*Respondent.*

Petition for Review of a Decision of the
Department of Transportation, NTSB
Agency No. DOT-OST-2015-0070

Before BRANCH, BRASHER, and ABUDU, Circuit Judges.

BY THE COURT:

Petitioners' motions to partially seal their motions to stay and exhibits are GRANTED.

| 2 | Order of the Court | 25-13546 |

Petitioners' motions to stay the Respondent's final order dated September 15, 2025 pending resolution of their petition for review are GRANTED. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).