No. 25-13546

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

DELTA AIR LINES, INC. AND AEROVIAS DE MEXICO S.A. DE C.V.,

*Petitioners*,

v.

DEPARTMENT OF TRANSPORTATION,

*Respondent*.

_____

On Petition For Review Of An Order Of The Department Of Transportation
Docket DOT-OST-2015-0070

_____

## PETITIONERS' RESPONSE TO MOTION TO EXPEDITE

_____

Matthew J. MacLean
Charles F. Donley II
Edward W. Sauer
Nicole Steinberg
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, N.W.
Washington, D.C.  20036
(202) 663-8000
matthew.maclean@pillsburylaw.com

*Counsel for Aerovías de México, S.A. de C.V., dba Aeroméxico*

Eugene Scalia
Amir C. Tayrani
Christine M. Buzzard
Michael P. Corcoran
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 955-8500
escalia@gibsondunn.com

*Counsel for Delta Air Lines, Inc.*

*[Additional counsel listed on inside cover]*

Peter Carter
Marguerite H. Taylor
DELTA AIR LINES, INC.
1030 Delta Boulevard
Atlanta, GA  30320

Steven J. Seiden
Christopher Walker
DELTA AIR LINES, INC.
601 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C.  20005

*Counsel for Delta Air Lines, Inc.*

*Delta Air Lines, Inc. and Aerovías de México S.A. de C.V. v. Department of Transportation*
Case No. 25-13546

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules 26.1-1 through 26.1-3, Petitioners provide the following certificate of interested persons:

1.   **Aerovías de México S.A. de C.V.**, Petitioner.

2.   **Omeed A. Assefi**, Acting Assistant Attorney General for the Antitrust Division, United States Department of Justice.

3.   **Christine M. Buzzard**, counsel for Petitioner Delta Air Lines, Inc.

4.   **Peter M. Bozzo**, former counsel for Respondent the United States Department of Transportation.

5.   **Peter Carter**, Chief External Affairs Officer of Delta Air Lines, Inc.

6.   **Michael P. Corcoran**, counsel for Petitioner Delta Air Lines, Inc.

7.   **Gregory D. Cote**, counsel for Respondent the United States Department of Transportation.

8.   **Delta Air Lines, Inc.**, Petitioner (NYSE: DAL).

9.   **Charles F. Donley II**, counsel for Petitioner Aerovías de México S.A. de C.V.

10.   **Charles E. Enloe**, Assistant General Counsel for Respondent the United States Department of Transportation.

*Delta Air Lines, Inc. and Aerovías de México S.A. de C.V. v. Department of Transportation*
Case No. 25-13546

11. **Grupo Aeroméxico S.A.B. de C.V.** (AEROMEX.MX), parent company of Aerovías de México S.A. de C.V.

12. **Daniel E. Haar**, Chief of the Appellate Section, Antitrust Division, United States Department of Justice.

13. **Mark H. Hamer**, United States Department of Justice.

14. **Erin D. Hendrixson**, Senior Trial Attorney for Respondent the United States Department of Transportation.

15. **Dina Kallay**, Deputy Assistant Attorney General for the Antitrust Division, United States Department of Justice.

16. **David B. Lawrence**, Policy Director for the Antitrust Division, United States Department of Justice.

17. **Matthew J. MacLean**, counsel for Petitioner Aerovías de México S.A. de C.V.

18. **Steven Mintz**, counsel for Respondent the United States Department of Transportation.

19. **Faris Mohammed**, Senior Trial Attorney for Respondent the United States Department of Transportation.

20. **Robert Nicholson**, counsel for Respondent the United States Department of Transportation.

21. **Edward W. Sauer**, counsel for Petitioner Aerovías de México S.A. de C.V.

22. **Eugene Scalia**, counsel for Petitioner Delta Air Lines, Inc.

23. **Steven J. Seiden**, Director – Regulatory Affairs of Delta Air Lines, Inc.

24. **Abagail A. Slater**, former Assistant Attorney General for the U.S. Department of Justice.

25. **Nicole Steinberg**, counsel for Petitioner Aerovías de México S.A. de C.V.

26. **Marguerite H. Taylor**, Deputy General Counsel and Chief Litigation Counsel of Delta Air Lines, Inc.

27. **Amir C. Tayrani**, counsel for Petitioner Delta Air Lines, Inc.

28. **Christopher Walker**, Director – Regulatory and International Affairs of Delta Air Lines, Inc.

29. **United States Department of Transportation**, Respondent.

30. **Gregory Zerzan**, General Counsel for Respondent the United States Department of Transportation.

The below are subsidiaries of Delta Air Lines, Inc.

Aero Assurance Ltd.
Aircraft Foreign Sales, Inc.
Cardinal Insurance Company (Cayman) Ltd.
Comair Holdings, LLC
Comair, Inc.
Comair Services, Inc.

*Delta Air Lines, Inc. and Aerovías de México S.A. de C.V. v. Department of Transportation*
Case No. 25-13546

Compass Airlines, Inc.
Crown Rooms, Inc.
DAL Global Services, LLC
DAL Moscow, Inc.
Delta AirElite Business Jets, Inc.
Delta Air Lines, Inc. and Pan American World Airways, Inc.—
Unterstutzungskasse GMBH
Delta Air Lines Dublin Limited
Delta Air Lines Private Limited
Delta Benefits Management, Inc.
Delta Connection Academy, Inc.
Delta Loyalty Management Services, LLC
Epsilon Trading, LLC
Kappa Capital Management, LLC
MCH, Inc.
Mesaba Aviation, Inc.
MLT Inc.
Montana Enterprises, Inc.
New Sky, Ltd.
Northwest Aerospace Training Corporation
Northwest Airlines Charitable Foundation
Northwest Airlines Corporation
Northwest Airlines, Inc.
NW Red Baron LLC
NWA Fuel Services Corporation
NWA Real Estate Holding Company LLC
NWA Retail Sales Inc.
NWA Worldclub, Inc.
Tomisato Shoji Kabushiki Kaisha

The below are subsidiaries of Aerovías de México S.A. de C.V.

Administradora Especializada en Negocios, S.A. de C.V.
Aerolitoral, S.A. de C.V.
Aeromexpress, S.A. de C.V.
Aerosys, S.A. de C.V.
Aerovías Empresa De Cargo, S.A. de C.V.
AM DL MRO JV, S.A.P.I. de C.V.
Am Formación Interna, S.A. de C.V.
Centro de Capacitación Alas de América, S.A. de C.V.

*Delta Air Lines, Inc. and Aerovías de México S.A. de C.V. v. Department of Transportation*
Case No. 25-13546

Corporación Nadmin, S.A. de C.V.
Empresa de Mantenimiento Aéreo, S.A. de C.V.
Estrategias Especializadas de Negocios, S.A. de C.V.
Fundación Aeroméxico, A.C.
Inmobiliaria Avenida Fuerza Aérea Mexicana 416, S.A. de C.V.
Inmobiliaria Boulevard Aeropuerto 161, S.A. de C.V.
Inmobiliaria Grupo Aeroméxico, S.A. de C.V.
Operadora de Franquicias y Productos Aéreos, S.A. de C.V.
Sistemas Integrados de Soporte Terrestre En México, S.A. de C.V.

The below are affiliates of Aerovías de México S.A. de C.V.

Aeroméxico Cargo, S.A.P.I. de C.V.
AM BD GP JV, S.A.P.I. de C.V.
Concesionaria de Vuelos, S.A. de C.V.
Integración y Supervisión de Recursos Corporativos, S.A. de C.V.
Loyalty Servicios Profesionales Mundiales, S.A. de C.V.
Plm Premier, S.A.P.I. de C.V.
Servicios Corporativos Aeroméxico, S.A. de C.V.
T2 Servicios Aeroportuarios, S.A. de C.V.

No publicly traded company or corporation apart from those listed above has an interest in the outcome of the case. Petitioners will file an amended certificate of interested persons should they become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-4.

Additionally, pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, counsel for Petitioner Delta Air Lines, Inc. hereby certifies that Petitioner Delta Air Lines, Inc. is a publicly held company, traded under stock ticker NYSE: DAL, with no parent company. Counsel for Petitioner Delta Air Lines, Inc. further certifies that no publicly held corporation holds 10% or more of Delta Air

*Delta Air Lines, Inc. and Aerovías de México S.A. de C.V. v. Department of Transportation*
Case No. 25-13546

Lines, Inc.'s stock. The Vanguard Group, Inc. owns 10% or more of Delta Air Lines, Inc.'s stock. Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, counsel for Petitioner Aerovías de México S.A. de C.V. hereby certifies that Petitioner Aerovías de México S.A. de C.V. is a wholly owned subsidiary of Grupo Aeroméxico, S.A.B. de C.V., a publicly held company. Counsel further certifies that Delta Air Lines, Inc. and Apollo Global Management, Inc. are the only publicly held corporations that own more than 10% of Grupo Aeroméxico's capital stock.

**RESPONSE TO MOTION TO EXPEDITE**

Five and a half months after this case was docketed, four and a half months after this Court entered a stay, and more than a month after completion of briefing, the Department of Transportation (the "Department") has moved for expedited argument. The Department does so after failing to take any steps to expedite this case at any earlier stage of these proceedings.

Petitioners Delta Air Lines, Inc. and Aerovías de México S.A. de C.V. take no position on the Department's request for expedited argument. Given the degree to which the Department's Motion is dedicated to arguing the merits of the case, however, Petitioners feel compelled to note that this Court, in staying the Department's Order last November, already undertook a review of the merits of the case, the government's likelihood of success, and the public's interest in the Order's taking prompt effect. In granting that stay, this Court implicitly rejected claims that the Department's Motion now reiterates as if they were established facts.

1

Dated:  March 30, 2026

Respectfully submitted,

   */s/ Eugene Scalia*

Matthew J. MacLean

Eugene Scalia

Charles F. Donley II

Amir C. Tayrani

Edward W. Sauer

Christine M. Buzzard

Nicole Steinberg

Michael P. Corcoran

PILLSBURY WINTHROP SHAW PITTMAN LLP

GIBSON, DUNN & CRUTCHER LLP

1200 Seventeenth Street, N.W.

1700 M Street, N.W.

Washington, D.C.  20036

Washington, D.C.  20036

(202) 663-8000

(202) 955-8500

matthew.maclean@pillsburylaw.com

escalia@gibsondunn.com

*Counsel for Aerovías de México, S.A. de C.V., dba Aeroméxico*

Peter Carter

Marguerite H. Taylor

DELTA AIR LINES, INC.

1030 Delta Boulevard

Atlanta, GA  30320

Steven J. Seiden

Christopher Walker

DELTA AIR LINES, INC.

601 Pennsylvania Avenue, N.W.

Suite 700

Washington, D.C.  20005

*Counsel for Delta Air Lines, Inc.*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this response complies with the applicable typeface, type style, and type-volume limitations. This response was prepared using a proportionally spaced type (Times New Roman, 14-point font). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this response contains 168 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this response.

March 30, 2026                              Respectfully submitted,


                                            /s/ Eugene Scalia
                                            Eugene Scalia
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1700 M Street, N.W.
                                            Washington, D.C.  20036
                                            (202) 955-8500

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I caused a true and correct copy of this response to be filed electronically through the Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/ Eugene Scalia*

Eugene Scalia
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
(202) 955-8500

2a