In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-13546

————————————

DELTA AIR LINES INC.,
AEROVIAS DE MEXICO, S.A. DE C.V.,

*Petitioners,*

*versus*

U.S. DEPARTMENT OF TRANSPORTATION,

*Respondent.*

————————————

Petition for Review of a Decision of the
Department of Transportation, NTSB
Agency No. DOT-OST-2015-0070

————————————

ORDER:

Respondent's Motion to Expedite is GRANTED in that the Court DIRECTS the Clerk to expedite the appeal for merits disposition purposes, including oral argument.  The Clerk is DIRECTED

2    Order of the Court    25-13546

to place this appeal on the next available oral argument calendar with a vacancy.

/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE