# GIBSON DUNN

Eugene Scalia
Partner
T: +1 202.955.8210
escalia@gibsondunn.com

June 4, 2026

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

   Re: *Delta Air Lines, Inc. et al. v. Department of Transportation*, No. 25-13546

Dear Mr. Smith,

  Petitioners Delta Air Lines, Inc. and Aerovías de México, S.A. de C.V. respectfully submit this letter under Federal Rule of Appellate Procedure 28(j) to notify the Court of recent progress in negotiations between the United States and Mexico that may affect the Court's consideration of this case.

  On May 1, 2026, the U.S. Department of Transportation (the "Department") and its counterparty within the Government of Mexico—the Secretariat of Infrastructure, Communications and Transportation—executed a Memorandum of Consultations announcing that the parties have made progress toward resolving their dispute about Mexico's compliance with the U.S.-Mexico Open Skies Agreement.  *See* Exhibit 1.  In particular, the Government of Mexico "confirmed that, as of November 2025, it offered to return all of the rescinded historic slots to U.S. carriers" at Mexico City's Benito Juárez Airport ("MEX"), that it is working to increase MEX's slot capacity, and that it intends to make additional slots available to U.S. carriers as MEX's capacity increases.  Ex. 1 at 1-2.  The Government of Mexico further "affirmed its commitment to managing slot allocations transparently and equitably."  *Id.* at 3.  The Government of Mexico also announced that U.S. all-cargo carriers will be eligible to request and operate slots at MEX starting in the Summer 2026 travel season, *id.* at 2-3—a sharp reversal from the ban on all-cargo operations at MEX that the Department characterized as "significant enough by itself" to warrant the Department's Order terminating approval of Delta and Aeroméxico's Joint Venture, ECF 29 at 39-40.

  Delta and Aeroméxico applaud the Department's continued progress in ensuring Open Skies through negotiations with the Government of Mexico.  These developments are relevant to Petitioners' arguments regarding alternatives that were available to the Department in lieu of terminating the Joint Venture.  *See* ECF 29 at 53-59; ECF 35 at 25-29.

**Gibson, Dunn & Crutcher LLP**

1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com

**GIBSON DUNN**

David J. Smith
U.S. Court of Appeals for the Eleventh Circuit

June 4, 2026
Page 2


Respectfully submitted,


 */s/ Eugene Scalia*
Eugene Scalia

**GIBSON DUNN**