In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-13546

---

DELTA AIR LINES INC.,
AEROVIAS DE MEXICO, S.A. DE C.V.,

*Petitioners,*

*versus*

U.S. DEPARTMENT OF TRANSPORTATION,

*Respondent.*

---

Petition for Review of a Decision of the
Department of Transportation, NTSB
Agency No. DOT-OST-2015-0070

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 20, 2026

For the Court: DAVID J. SMITH, Clerk of Court